# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| HAROLD E. VANN, II, | ) Case No. 4:06CV00011 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| GUILDFIELD MISSIONARY BAPTIST CHURCH, | ) By: **Jackson L. Kiser** |
| | ) Senior United States District Judge |
| Defendant. | ) |

Before this Court is the Defendant's Fed. R. Civ. P. 12(b)(1) Motion to Dismiss the Plaintiff's remaining claim against the Defendant. For the reasons stated in the accompanying Memorandum Opinion, the Defendant's Motion is **DENIED**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 19th day of September, 2006.

                                              s/Jackson L. Kiser
                                              Senior United States District Judge